■ OLGA O'GRADY, as Administratrix of the Estate of JOHN G. O'GRADY, Deceased, Respondent, v. CITY OF FULTON, Appellant.— Judgment and order affirmed, with costs. All concur, except Vaughan, J. P., who dissents and votes for reversal and for granting a new trial unless the plaintiff stipulates to reduce the verdict to the sum of $20,000, and Williams, J., who dissents and votes for reversal and for granting a new trial on the ground that the verdict is against the weight of evidence. (Appeal from a judgment of Oswego Trial Term for plaintiff in an action for damages for death of plaintiff's

intestate, alleged to have resulted by reason of neglect by police to secure medical attendance for person in custody.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.